**STATE of Missouri, Respondent,**

v.

**Harrison B. GREEN, Appellant.**

**No. WD 36920.**

Missouri Court of Appeals,
Western District.

Aug. 26, 1986.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of stealing property of a value of at least $150.00, § 570.-030, RSMo.Supp.1984, and sentence of seven years' imprisonment.

Affirmed. Rule 30.25(b).